# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2294

_____

Aaron Anthony Flemons

*Plaintiff - Appellant*

v.

Emma Hatchett, Health Services Administrator; Angela Douglas, Director of
Nurses; Tracy Bennett, APRN, Medical Care Provider; Hays, Medical Care
Provider; Kerstein, Dr., Medical Care Provider; Graham, Sgt., ADC Security Staff

*Defendants - Appellees*

Does, 1-2, Medical and ADC Security Staff Members

*Defendant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Delta

_____

Submitted: January 14, 2025
Filed: January 17, 2025
[Unpublished]

_____

Before LOKEN, GRUENDER, and KOBES, Circuit Judges.

_____

PER CURIAM.

In this interlocutory appeal, Arkansas inmate Aaron Flemons appeals the district court's[1] denial of a temporary restraining order (TRO), a preliminary injunction, and an evidentiary hearing in his civil rights action. He also appeals the court's grant of his motion to consider belated objections. After careful consideration of the record and the parties' arguments on appeal, we conclude that we lack jurisdiction as to the denial of his motion for TRO, see Hamm v. Groose, 15 F.3d 110, 112-13 (8th Cir. 1994), the denial of his motion for an evidentiary hearing, see Livers v. Schenck, 700 F.3d 340, 350 (8th Cir. 2012), and the grant of his motion to consider objections, see United States v. Northshore Mining Co., 576 F.3d 840, 847 (8th Cir. 2009). We further conclude that the district court did not abuse its discretion in denying preliminary injunctive relief. See Phyllis Schlafly Revocable Tr. v. Cori, 924 F.3d 1004, 1009 (8th Cir. 2019) (standard of review).

Accordingly, the denial of a preliminary injunction is affirmed, and the remainder of the appeal is dismissed for lack of jurisdiction. See 8th Cir. R. 47B.

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Edie R. Ervin, United States Magistrate Judge for the Eastern District of Arkansas.